## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br>   vs.<br><br>JAMIE DAWN ST. DENNIS,<br><br>               Defendant. | **CR-08-149-GF-BMM**<br><br><br><br><br>**ORDER** |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on August 21, 2019. (Doc. 79.) The Defendant waived the 14 day objection period and the right to allocute before the undersigned at the revocation hearing held August 20, 2019. (Doc 78.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Thomas v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on August 20, 2019. (Doc. 78.) The United States accused Ms. St. Dennis of violating her conditions of supervised release by: 1) by leaving Montana without first obtaining the approval of her probation officer; 2) by consuming alcohol; 3) by failing to follow the instructions of her probation officer and; 4) by knowingly associating with a convicted felon. St. Dennis did not admit or deny alleged violations 9, 10 and 11. (Doc. 78.) The government satisfied its burden of proof with respect to alleged violations 9 and 10. The government did not prove alleged violation 11. Judge Johnston found that the violations that St. Dennis admitted and that the government proved are serious and warrant revocation, and recommended a sentence of five months in custody, followed by sixty days of supervised release at Passages in Billings, Montana, or at a similar inpatient treatment facility in Montana upon release and one hundred fifteen months of supervised release to follow. (Doc. 79 at 4.)

These violations prove serious and warrant revocation of St. Dennis' supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 79) are **ADOPTED IN FULL.**

**IT IS FURTHER ORDERED** that Defendant Jamie Dawn St. Dennis be sentenced to custody for five months, with 60 days of supervised release at Passages in Billings, Montana, or at a similar inpatient treatment facility to follow release, with one hundred fifteen months of supervised release to follow.

DATED this 27th day of August, 2019.

Brian Morris
United States District Court Judge